**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No.:  11-1162-EFM-KMH |
| | ) | |
| v. | ) | |
| | ) | |
| $74,440.00  IN  UNITED  STATES | ) | |
| CURRENCY, More or Less, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Having considered the Motion For Leave To Appear Pro Hac Vice filed July 29, 2011, and for good cause shown, the Court finds that said motion should be sustained and that John Arthur Schwab, Esquire should be and hereby is admitted to practice in the United States District Court for the District of Kansas for purposes of this case only.

Dated this 29th  day of July , 2011.

S/ Karen M. Humphreys

_____

UNITED STATES MAGISTRATE JUDGE