UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-1162-EFM-KMH |
| | ) | |
| $74,440.00 IN UNITED STATES | ) | |
| CURRENCY, More or less, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER FOR ENTRY OF PARTIAL DEFAULT JUDGMENT
AND FINAL ORDER OF FORFEITURE**

Plaintiff, the United States of America, has moved the Court pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure for the entry of default judgment.  An Order of Default of all persons and entities, except Thomas Safran, was entered on October 3, 2011 (Doc. 14).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that partial default judgment is entered herein, and that the defendant property is hereby forfeited to the United States pursuant to 21 U.S.C. § 881 et seq subject to the terms of the Stipulation for Compromise Settlement.  No other parties or persons shall have any interest in said defendant, except Thomas Safran, and the United States shall dispose of the defendant according to law.

IT IS SO ORDERED.

Dated this 18th day of October, 2011.

*Eric F. Melgren*

HONORABLE ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE